IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

Criminal Action No.   00-cr-00448-LTB-2

UNITED STATES OF AMERICA,

    Plaintiff,
v.

JOSE LOPEZ,

    Defendant.

___

ORDER EXONERATING BOND
___

This court has granted a government motion to voluntarily dismiss the charges against the defendant. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED at Denver, Colorado, this 31st day of August, 2010.

BY THE COURT:

By:   s/Lewis T. Babcock
    UNITED STATES DISTRICT JUDGE
    DISTRICT OF COLORADO